# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-063-390**

Effective date of registration:

April 18, 2011

---

## Title
**Title of Work:** Nyan Cat

## Completion/Publication
**Year of Completion:** 2011
**International Standard Number:** ISBN

## Author
- **Author:** Christopher Orlando Torres, dba LOL_Comics
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States
  **Year Born:** 1985

## Copyright claimant
**Copyright Claimant:** Christopher Orlando Torres
2824 Ermine Way, Farmers Branch, TX, 75234

## Rights and Permissions
**Organization Name:** LOL_Comics
**Name:** Christopher Orlando Torres
**Email:** pr@prguitarman.com    **Telephone:** 214-460-4251
**Address:** 2824 Ermine Way
Farmers Branch, TX 75234 United States

## Certification
**Name:** Christopher Orlando Torres
**Date:** April 16, 2011



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-114-946**

Effective date of registration:
September 19, 2012

## Title
- **Title of Work:** Zombie Nyan Cat

## Completion/Publication
- **Year of Completion:** 2012

## Author
- **Author:** Christopher Orlando Torres
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Christopher Orlando Torres
  2824 Ermine Way, Farmers Branch, TX, 75234, United States

## Rights and Permissions
- **Organization Name:** c/o Law Offices of Kia Kamran
- **Name:** Christopher Orlando Torres
- **Email:** kia@tunelaw.com
- **Telephone:** 310-475-2626
- **Address:** 1100 Glendon Avenue
  FL 15
  Los Angeles, CA 90024 United States

## Certification
- **Name:** Kia Kamran
- **Date:** September 19, 2012

Registration #: VAU001114946
Service Request #: 1-825588521



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Avenue
FL 15
Los Angeles, CA 90024 United States

